COA # 05-12-01455-CR          OFFENSE: 36.06

STYLE: Bryan Baum v. The State of Texas          COUNTY: Rockwall

COA DISPOSITION:     AFFIRM          TRIAL COURT: 382nd Judicial District Court

DATE: 8/20/2014          Publish: YES   TC CASE #: 2-12-213

## IN THE COURT OF CRIMINAL APPEALS 1320-14
1321-14

STYLE:   Bryan Baum v. The State of Texas          CCA #:

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 02/11/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

- - - - - - - - - - - - - - - - - - - - - - - -

_____PRO SE_____ MOTION FOR
REHEARING IN CCA IS: _denied_
JUDGE: April 1, 2015

## ELECTRONIC RECORD

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

COA No. 05-12-01456-CR
PD-1321-14

Tr. Ct. No. 2-12-214

4/1/2015
BAUM, BRYAN

Pursuant to Rule 69.4(a) T.R.A.P., the record is returned to the court of appeals.

Abel Acosta, Clerk

5TH COURT OF APPEALS  CLERK
LISA MATZ
600 COMMERCE, 2ND FLOOR
DALLAS, TX 75202
* DELIVERED VIA E-MAIL *